PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JANARDHAN GRANDHE,<br><br>Defendant. | CASE NO. 1:22-CR-00198-JLT<br><br>STIPULATION AND ORDER TO CONTINUE ARRAIGNMENT AND CHANGE OF PLEA HEARING<br><br>DATE: September 23, 2022<br>TIME: 9:00 a.m.<br>COURT: Hon. Jennifer L. Thurston |
|---|---|

Plaintiff United States of America, by and through its counsel of record, and defendant Janardhan Grande, by and through defendant's counsel of record, hereby stipulate as follows:

1. This matter is currently set for arraignment and change of plea on September 23, 2022 at 9:00 am.

2. The parties are requesting the Court continue the matter until October 14, 2022 at 9:00 am to accommodate a scheduling conflict that has arisen for government counsel.

Dated: September 2, 2022

PHILLIP A. TALBERT
United States Attorney

/s/ JEFFREY A. SPIVAK
JEFFREY A. SPIVAK
Assistant United States Attorney

STIPULATION AND [PROPOSED] ORDER TO CONTINUE
ARRAIGNMENT AND PLEA

1

Dated: September 2, 2022

/s/ Sandra R. Brown-Bodner
SANDRA R. BROWN-BODNER
Hochman Salkin Toscher Perez P.C.
Attorney for Defendant Janardhan Grandhe

## O R D E R

IT IS HEREBY ORDERED that the arraignment and change of plea hearing in this case is continued from September 23, 2022 to October 14, 2022 at 9:00 am.

Clerk of Court shall also issue summons for October 14, 2022 at 9:00am.

IT IS SO ORDERED.

Dated:   **September 2, 2022**

*[signature]*
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER TO CONTINUE
ARRAIGNMENT AND PLEA

2