SANDRA R. BROWN-BODNER
(CASBN 157446)
HOCHMAN SALKIN TOSCHER PEREZ P.C.
9100 Wilshire Blvd., Ste 900W
Beverly Hills, CA 90212
Telephone: (310) 281-3200
E-mail: brown@taxlitigator.com

Attorney for Defendant
Janardhan Grandhe

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>JANARDHAN GRANDHE,<br><br>             Defendant. | Case No.: 1:22-cr-00198-JLT<br><br>ORDER GRANTING DEFENDANT JANARDHAN GRANDHE'S AMENDED REQUEST FOR RETURN OF PASSPORT BOOK AND PASSPORT CARD FROM THE COURT CLERK'S OFFICE |

For good cause, the Court's Clerk Office is directed forthwith to return Janardhan Grandhe's USA Passport Book ending in 7143 and USA Passport Card ending in 6319 by mail to Dr. Grandhe's counsel Sandra R. Brown-Bodner, 9100 Wilshire Blvd., Suite 900W, Beverly Hills, CA 90212.

IT IS SO ORDERED.

   Dated:  **February 8, 2024**

_____
UNITED STATES DISTRICT JUDGE

---
1

[~~PROPOSED~~] ORDER GRANTING DEFENDANT JANARDHAN GRANDHE'S AMEMDED REQUEST FOR RETURN OF PASSPORT BOOK AND PASSPORT CARD FROM THE COURT CLERK'S OFFICE